C. Brooks Cutter, SBN 121407
Eric J. Ratinoff, SBN 166204
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 448-9800
Facsimile:  (916) 669-4499

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BISSOON-DATH and JENNIFER BARRETTE-HERZOG,<br><br>Plaintiffs,<br><br>vs.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, INC., DAVID JAFFE, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL**<br>**[Copyright Infringement; Contributory Copyright Infringement; Unjust Enrichment** |

Plaintiffs, Jonathan Bissoon-Dath and Jennifer Barrette-Herzog, for their Complaint

against Sony Computer Entertainment America, Inc., allege the following:

## **NATURE OF THE ACTION**

1.      This is an action for copyright infringement and related claims under federal and

state law.  Plaintiff Jonathan Bissoon-Dath is the author of a series of related works of fiction

including *Olympiad*, a screenplay.  Plaintiff Jennifer Barrette-Herzog, created a map that was

submitted with Bissoon-Dath's work: *The Adventures of Owen: Owen's Olympic Adventure*

(hereinafter "*Owen*").  Plaintiffs sent these original works to agents who did business with

-1-

defendant Sony Computer Entertainment America, Inc. ("Sony"), and in the case of *Olympiad*, directly to an affiliated Sony entity.

2.      Three years later, in or about March 2005, Sony released *God of War*, a video game. Sony has stated that *God of War* is the original creation of defendant David Jaffe, a Creative Director of its gaming division and was in development for approximately three years, placing commencement with the time plaintiffs distributed their works. The similarities between plaintiffs' works and *God of War* include similarities of plot, relationships among major characters, themes, settings, mood, pace and dialogue that are unique and pervasive. *God of War* is a derivative work based on and incorporating protected material unlawfully copied by defendants from plaintiffs' original works. Plaintiffs seek damages, defendants' profits attributable to infringement of plaintiffs' works, and injunctive relief.

## JURISDICTION AND VENUE

3.      This is an action for copyright infringement brought pursuant to the Copyright Act of 1976, 17 U.S.C §101 *et seq*, and for violations of California law. The Court has exclusive jurisdiction over the copyright claim pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1338(a) and (b), and supplemental jurisdiction over the claims under California law pursuant to 28 U.S.C. §§1338(b) and 1367(a). Plaintiffs' damages, both individually and collectively, exceed the jurisdictional minimum of this Court.

4.      Venue is proper in this district pursuant to 28 U.S.C. §1391(b) and (c) and 28 U.S.C. §1400(a) in that defendant Sony Computer Entertainment America, Inc. resides in, and maintains it principal place of business in, Foster City, California, which is within this District.

COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**INTRADISTTRICT ASSIGNMENT**

5.      Pursuant to Local Rule 3-5(b), assignment to the San Francisco Division is proper because Defendant, Sony Computer Entertainment America, Inc. resides in this division and a substantial part of the events or omissions giving rise to the claims occurred in this division.

**PARTIES**

6.      Plaintiff Jonathan Bissoon-Dath is an individual residing in Davis, California.

7.      Plaintiff Jennifer Barrette-Herzog is an individual residing in Davis, California.

8.      Plaintiffs are informed and believe, and on that basis allege, that Defendant Sony Computer Entertainment America, Inc. is a wholly owned subsidiary of Sony Computer Entertainment, Inc., that its corporate headquarters are in Foster City, California, and that it distributes and markets the *PlayStation 2* and *PSP* game consoles in North America, develops and publishes software for the *PlayStation 2* and *PSP* game consoles, including the video games *God of War* and *God of War II*, and manages the U.S. third party licensing program.

9.      Plaintiffs are informed and believe, and on that basis allege, that Defendant David Jaffe is an individual residing in San Diego, California and that at the time of the unlawful acts complained of, he was a Creative Director of the Internal Development Studio at Sony Computer Entertainment America, Inc.'s Santa Monica Studios.

10.     The true names and capacities, whether individual, corporate, associate, or otherwise, of defendants, DOES 2 through 100, inclusive, are unknown to plaintiff, who therefore sues such defendants by fictitious names.  Plaintiff will amend this complaint to show the defendants' true names and capacities when the same have been ascertained.  Plaintiff alleges, upon information and belief, that each of the defendants, DOES 2 through 100, inclusive, are legally responsible in some manner, negligently, in warranty, strictly, intentionally, or otherwise,

COMPLAINT

1  for the events and happenings herein referred to and each of the defendants proximately caused

2  injuries and damages to plaintiff as herein alleged.

3                                    **FACTUAL BACKGROUND**

4      A.      <u>Creation And Distribution of Plaintiffs' Works And Sony's Access To Them.</u>

5

6          11.      From the summer of 2001 and continuing through October 2002, plaintiff Bissoon-

7  Dath created a series of related original literary properties set in ancient Greece.  While these

8  works incorporate characters from Greek history and mythology, the central characters are

9  original to plaintiff Bissoon-Dath and the works tell a fictional story that is Bissoon-Dath's

10  original creation. Authored by Plaintiff Bissoon-Dath, *Theseus* is a lengthy and substantial

11  screenplay treatment which began under a different title.  Authored by Plaintiff Bissoon-Dath,

12  *Owen* is a shorter but still substantial other version of the same story told in *Theseus*.  Authored

13  by Plaintiff Bissoon-Dath, *Olympiad Version A* is a two-page synopsis and completed screenplay

14  that is another version of the same story told in *Theseus* and *Owen.* Authored by Plaintiff

15  Bissoon-Dath, *Olympiad* is a completed screenplay that makes some changes to the *Olympiad*

16  *Version A* screenplay.

17          12.      *Owen* was submitted with an original illustrated map, *Island at the Edge of the*

18  *Living World*, created by plaintiff Barrette-Herzog.  The map as a whole, as well as the layout and

19  look and feel, are Barrette-Herzog's original creation.

20

21          13.      Starting in January 2002, Plaintiffs distributed each and all of these highly original

22  and in fact unique works to the entertainment industry. Plaintiffs distributed the first three of

23  these (*Theseus, Owen,* and *Olympiad Version A)* to a limited and specific set of people in the

24  entertainment industry who actively collaborated with each other regarding Plaintiffs' works.

25  This specific set of people were the only ones in the entertainment industry to whom Plaintiff

26  distributed all three of these above-described works.  This specific set of people were the only

27

28

ones in the entertainment industry to whom Plaintiffs distributed the map from which *God of War's* only map (including the *Desert of Lost Souls* near the center of the map ) and the *God of War* image of the *Bottomless Chasm* in front of *Pandora's Temple* were clearly derived. Plaintiffs are informed and believe that key members of this specific set of people had active business ties to Sony for the development of material into movies and video games and that key members of this specific set of people are in the business of providing material to various affiliated Sony entities, including Defendant Sony Computer Entertainment America, Inc. ("Sony"), for the development of entertainment properties such as movies and video games.  Plaintiffs also distributed one of the infringed works (*Olympiad*) directly to Sony Pictures Entertainment and its associated production companies that, on information and belief, have first-look deals with the various Sony entities specifically for the development of entertainment properties, including movies and video games.

14.     Starting in or about January 2002, plaintiffs delivered several copies of *Theseus* to Judith Karfiol, a Los Angeles attorney, for the purpose of shopping the project to various agents with contacts at Hollywood studios.  Bissoon-Dath instructed Karfiol that these and all content related to Bissoon-Dath's project were given to her under conditions of confidentiality and instructed that all such materials only be distributed to agents after these agents confirmed their understanding that all  materials related to Bissoon-Dath's project were being distributed to them under conditions of confidentiality.  Plaintiffs are informed and believe, and on that basis allege, that Karfiol delivered copies of *Theseus* to the Monteiro-Rose Agency, Ken Sherman & Associates, and Josh Berman, and that the Monteiro-Rose Agency and Ken Sherman & Associates regularly do business with defendant Sony.

15.    In or about April 2002, plaintiffs delivered copies of *Owen* (along with the map drawn by plaintiff Barrette-Herzog) to Judith Karfiol, Monteiro-Rose Agency, and Ken Sherman & Associates.

16.    In or about August or September 2002, plaintiffs delivered copies of *Olympiad Version A* to Judith Karfiol for delivery to Josh Berman, and directly to Ken Sherman & Associates.

17.    In or about October 2002, plaintiffs delivered copies of *Olympiad,* to an affiliated Sony entity at Sony Pictures Entertainment for consideration as the basis for a motion picture or other project.  Plaintiffs are informed and believe, and on that basis allege, that those who received plaintiffs' works did so with the clear understanding that plaintiffs' works were not to be used without plaintiffs' permission and that plaintiffs would have to be paid for use of their works.

18.    Plaintiffs are informed and believe, and thereon allege that the defendants, and each of them, gained direct access to the protected works of the plaintiffs and each of them, through, among other avenues, the persons and means set forth above.

19.    In or about March 2005, defendant Sony released *God of War.*  The similarities between plaintiffs' works and *God of War* include, but are not limited to, similarities in plot, story, themes, dialogue, mood, setting, pace, characters, relationships among characters, settings, tone, detail, and sequence of events.  The similarities between *God of War* and plaintiffs' original works demonstrate that defendants created *God of War* by unlawfully copying protected materials from plaintiffs' works.  The similarities between each and all of plaintiffs' original works and *God of War* exceed substantial similarity and are in fact strikingly similar.

20.    Sony has stated that *God of War* was in development for approximately three years, placing commencement with the time plaintiffs distributed their works and when Sony

came into possession of plaintiffs' works. At that time, defendant David Jaffe was a Creative Director at Sony Computer Entertainment America, Inc. Plaintiffs are informed and believe and thereon allege that the defendants and each of them were under financial pressure to develop a successful video game. Plaintiffs are further informed and believe and thereon allege that the defendants and each of them, once having gained access to plaintiffs' original works, recognized the powerful potential of the original works to be recast as a successful story-based video game. Thereafter, the defendants and each of them infringed the copyrights of the plaintiffs and each of them, and developed *God of War* for sale to the gaming public.

21.     *God of War* has spawned additional similarly infringing and derivative additional offshoot products that flow directly from *God of War*, further violating plaintiffs' rights under the Copyright Act. In or about March 2007, defendant Sony released *God of War II*, and *God of War III* is in development. *God of War II* infringes plaintiffs' rights under the Copyright Act in its continuation of the same story with the same characters as those in *God of War*. Each version of the game drives sales of Sony's proprietary video game machine, *PlayStation 2*, as well as other derivative products, further violating plaintiffs' rights under the Act.

**B.     Similarities Between Plaintiffs' Works and *God of War*.**

Some of the similarities among the works are set forth hereinbelow:

22.     Plaintiffs' works tell the original story of a how a champion saves Athens from destruction by the invading Spartan army that has been sent by Ares. The earthly conflict is mirrored on Mount Olympus: The Spartan army is backed by Ares, the god of war, who is bent on the destruction of Athens, while Athens is backed by Zeus and Athena. The champion, Owen, chosen by Zeus and Athena, embarks on a quest which culminates in fierce hand-to-hand combat in which he defeats his main adversary, Gaylon, the mightiest warrior of Ares' Spartan Army.

COMPLAINT

23. *God of War*, like plaintiffs' works, is the story of a how a champion chosen by Zeus and Athena saves Athens from destruction by an invading army sent by Ares. As in plaintiffs' works, the earthly conflict is mirrored on Mount Olympus: Ares, the god of war, is bent on the destruction of Athens, while Athens is backed by Zeus and Athena.

24. In plaintiffs' original work and *God of War*, the Champion's family is hacked to death in a one-room building in a small peaceful village. In both stories the Champion feels partially responsible even though he is really not to blame. In both stories, even though he was not really to blame for the death of his family, the Champion experiences severe, enduring guilt surrounding the slaughter of his family. In plaintiff's work, the champion hides under the bed while his parents are slaughtered by bandits – Kratos, in *God of War* is tricked by Ares, and unwittingly kills his wife and daughter. Each is burdened and handicapped by the memory. Each seeks revenge: Plaintiffs' Champion "built his body into a fighting machine, readying for the day when he would exact his revenge on the bandits that slew his parents." **[Theseus Page 25]** Kratos vows, "Ares, you will die for what you did that night." **[God of War Game Disk]** And each receives absolution through carrying out the task Zeus and Athena have set for him – the quest to save Athens from destruction by the Army of Ares.

25. While Kratos' motivation is modeled on that of plaintiffs' champion, the warrior that Kratos is in *God of War,* with his brutish and animalistic qualities, are modeled on Bissoon-Dath's Gaylon, the Spartan Commander in Bissoon-Dath's works.

26. In the beginning of the *God of War* story, Kratos, like Gaylon, is a fanatical worshiper of Ares to the exclusion of Athena and the other gods. Like Gaylon, he plays the role of Ares' servant on earth. Gaylon has "blind, fanatical belief in Ares to the exclusion of all the other gods," and it is Gaylon whom Ares uses as his instrument for waging war on worshipers of Athena. [Owen Chapter 18] Similarly, Kratos has pledged his life to Ares ("My life is yours,

Ares. From this day I shall carry forth your will."), and it is Kratos whom Ares initially uses as his instrument for waging war on the worshipers of Athena. [God of War Game Disk]

27.    In exchange for Kratos' pledge, Ares gives him a pair of unique weapons.  The *Blades of Chaos* are phenomenal weapons – two massive, glowing, sword-like blades fastened to chains fused to Kratos' wrists, as part of his body, that he swirls about in slashing attacks on his victims. These *Blades of Chaos* are taken directly from a scene in Bissoon-Dath's work in which Zeus and Athena fight Ares and Apollo:  "As Zeus strides forward . . . his hands MORPH into two massive swords that glow like light sabers." Zeus "dodges and slashes" and, "blades swirling," attacks. [Olympiad pages 11-12]

28.    Gaylon and Kratos, while they are both Spartan commanders, are radical departures from the historical Spartan warrior, and from the Spartan warrior as portrayed in fiction, and they differ from the norm in precisely the same ways.  Each is more akin to an animal than a Spartan soldier – cruel, brutish and beast-like in appearance, huge and enormously strong. In both plaintiffs' original works and *God of War*, the unbridled fury (rage that results in impulsive violence) and animalistic brutality of the Spartan Commander are prominently featured.

29.    Both Gaylon and Kratos have uncontrollable tempers (contrary to historical Spartan commanders), are quick to anger and are recognized as the most fearless and merciless of the Spartan warriors, and are universally feared.  Both thirst for conquest: Gaylon's "thirst for war knows no bounds."[Olympiad Version A page 48] Kratos' "desire for conquest knew no bounds."[God of War Game Disk]

30.    Both Gaylon and Kratos, in their subservience to Ares, are bent on destroying those who worship Athena rather than Ares.  Gaylon, "urged on by Ares," is "bent on destroying Athens' peaceful democracy because Athens does not worship Ares." [Owen Chapter 2] A

Spartan leader in Bissoon-Dath's work promises that "when the Parthenon crumbles into rubble so will their way of life which we will replace with the worship of the one true god, Ares." [Theseus page 20] Kratos, under orders from Ares, destroys a village and an Athenian temple on the outskirts of Athens, saying: "They built this temple to offer prayers to Athena. This entire village stands as an affront to lord Ares! Burn this village, burn it to the ground." [God of War Game Disk]

31.    The destruction of this village marks a turning point in Kratos' life. Ares, recognizing that Kratos' wife and child are impediments to his plans for him, places them in a small temple devoted to Athena, then orders Kratos to destroy the temple. Kratos, in his blood lust, kills them before realizing what he has done. He realizes that he has been tricked by Ares and vows revenge: "With that act, Kratos knew he could no longer serve his master; he had but one calling now, the death of Ares." [God of War Game Disk] Kratos enters into a period in which he seeks to atone for his sins. Athena becomes his patron goddess, and he becomes, like Owen, the champion who will save Athens from destruction by an Army of Ares.

32.    In both Plaintiffs' original works and *God of War*, as Zeus, Ares, and Athena gather to confer about the Spartan Commander and the impending destruction of Athens by the Army of Ares, they appear as expressionless statues around a pool of water in which they see a vision of the Spartan Commander. [Olympiad pages 9-10] [God of War Game Pamphlet]

33.    In *God of War*, there are telltale references to and depictions of original features and locations taken directly from plaintiffs' works. In Bissoon-Dath's works, for example, Owen must cross the *Bottomless Valley* over a long, sagging suspension bridge, shown on Barrette-Herzog's map. Similarly, to affect the same story point as in plaintiffs' work, in *God of War* Kratos must cross the *Bottomless Chasm* on a long, sagging suspension bridge, shown on-screen in the play of the game.

34.    *God of War*, like Bissoon-Dath's works, is accompanied by a map. Some of the similarities between the two maps are revealing: Central to Barrette-Herzog's map is a large open space, the *Meadow of the Lost Souls*, flanked by dark, silhouetted figures. Central to the *God of War* map is also a large open space, the *Desert of Lost Souls*, similarly flanked by dark, silhouetted figures. The *Desert of Lost Souls* is bordered on the north by a dense, dark clump of triangular-shaped objects, The *Meadow of the Lost Souls* is bordered on the north by the *Dark Forest*, a dense forest of triangular-shaped trees. At the top of both maps, at the end of the upper dividing line, is the champion's destination: a mountain range, with a small, rounded door in the base of its main peak. Both maps depict the sea across the bottom of the map. The look and feel of the maps and their layout is strikingly similar. (Attached as Exhibit A is a true copy of Jennifer Barrette-Herzog's map; attached as Exhibit B is a true copy of the *God of War* map printed from the game pamphlet that accompanies the game.)

35.    In both Bissoon-Dath's works and *God of War*, the Greek gods seek a way to resolve their dispute without resorting to what would be a disastrous war among themselves. In Bissoon-Dath's works, the gods seek to avoid "*war on Olympus from which many among us will surely meet a terrible end.*" [Olympiad Version A page 12] In *God of War*, the gods worry that "*Civil War on Olympus would mean an end to us all.*" [God of War Storyboards]

36.    The game pamphlet for *God of War* is instructive. On a page bearing the heading "Gathering of the Gods" we find a picture of Zeus, flanked by Athena on one side and Ares on the other, gazing into a pool of water at the figure of Kratos. A dispute erupts between Athena and Ares. Athena accuses Ares of secretly marshalling his forces to attack Athens. Ares responds that he will destroy Athena's fair city. Zeus, concerned that the earthly battle is spilling over into one between the gods, intervenes:

-11-

ZEUS:  Enough, both of you.  Your childish quibbles are your own, but I do not want this war encroaching on the steps of Mount Olympus.

[God of War Game Pamphlet]

In Bissoon-Dath's *Olympiad*, at the "Meeting Hall of the Gods" we find Zeus, Athena and Ares, as in *God of War*, looking into a pool of water at Gaylon, the analogue of Kratos, who is marching his Spartan army back to its camp after attacking Athens.  As in *God of War*, a dispute erupts between Athena and Ares.  Athena accuses Ares of causing the war, Ares threatens that Athens will fall within a year, and Zeus, concerned that the earthly battle is spilling over into one between the gods, intervenes:

ZEUS:  Stop it … right now … the two of you.  There has been more than enough argument between mortals … and among us gods.

[Olympiad Version A page 10, Olympiad page 10]

37.    At the beginning of this scene in Bissoon-Dath's works, the gods are statues who "morph" to life taking out-sized human form:  "[F]acing the pool [is] a golden throne with an expressionless golden statue of ZEUS, twice the size of a man, flowing out of it, as if he and the throne are one. . . . The statue of Zeus, separates from the throne as it MORPHS to flesh and blood." [Olympiad page 9] This is a device that was included in both works at the same early point in the plot, and then is repeated in *God of War*.

38.    Plaintiffs' works and *God of War* also depart in an identical and unprecedented way from Greek literature and mythology in their portrayal of satyrs. The Greek satyr plays are light-hearted comedies.  Satyrs are portrayed as playful lovers of wine, women and boys who roam to the music of pipes and dance with the nymphs.  They are often pictured playing the pipes or holding grapes or winecups.  In Bissoon-Dath's work, however, satyrs are transformed into sinister minions of the god Hades who attack and capture Owen and his companions: "Satyrs run

-12-

COMPLAINT

out from hiding, cackling at the captured travelers.  The satyrs take their captives, up the steps to the Underworld, past the Bottomless Valley and Fiery Lake.  They go into the Tunnel to the Underworld and arrive in Hades' throne room." [Owen Chapter 9] In *God of War*, satyrs are, as in Bissoon-Dath's work, transformed into beasts from Hades, and make up part of Ares' army. \

39.    Both works also take an identical and entirely novel approach in their portrayal of the Olympic gods, virtually redefining what it means to be a god.  Central to Plaintiff's work is the revolutionary story point that the Olympian gods, including Ares, can be killed as a result of their dispute over the Army of Ares attacking Athens.  In Greek mythology, and according to Greek belief, the Olympic gods are immortal.  Yet in Bissoon-Dath's work, the gods can be killed.  Similarly, as a central part of God *of War*, defendants replicate plaintiff Bissoon-Dath's novel and original story point that the Olympian gods, including Ares, can be killed as a result of their dispute over the Army of Ares attacking Athens.  Plaintiffs' work refers to a "war on Olympus from which many among us will surely meet a terrible end." [Olympiad Version A page 12] The *God of War* storyboards say that a "civil war on Olympus would mean an end to us all." [God of War Storyboards]

40.    Plaintiffs' works are original works of authorship within the subject matter of copyrights.  The authors of the works have complied with the Copyright Act's requirements of fixation, registration, deposit, and notice with respect to the works.  The plaintiffs are the legal or equitable owners of the copyrights in the works. (Attached hereto as Exhibit C are true and correct copies of the Registrations of plaintiffs' works from the United States Copyright Office).  The Defendants have wrongfully copied each and all of the works without consent or authorization of plaintiffs and each of them.

Plaintiffs JONATHAN BISSOON-DATH and JENNIFER BARRETTE-HERZOG complain of defendants, SONY COMPUTER ENTERTAINMENT AMERICA, INC., DAVID

-13-

JAFFE, and DOES 1 through 100, and each of them, and as for a First Cause of Action, allege as follows:

## FIRST CAUSE OF ACTION

## COPYRIGHT INFRINGEMENT

41.    Plaintiffs reallege and incorporate by reference each and every allegation set forth above as though fully set forth herein.

42.    Plaintiff Bissoon-Dath's works, *Theseus, Owen, Olympiad Version A and Olympiad,* contain wholly original material, independently created by plaintiff, that is protected under the copyright laws of the United States.  Plaintiff registered *Olympiad* with the United States Copyright Office on October 28, 2002, *Theseus* on December 11, 2006, *Owen* on December 13, 2006, and *Olympiad Version A* on April 18, 2007.  Each of these works was registered within five years of completion.  Plaintiff, Jonathan Bissoon-Dath has never licensed the use of these works or otherwise alienated any of his rights in these works under the Copyright Act, and is and at all times has been the sole holder of such rights, other than an assignment of such rights as community property of plaintiff Jonathan Bissoon-Dath and plaintiff Jennifer Barrette-Herzog, his wife.

43.    Plaintiff Barrette-Herzog's map, *Island at the Edge of the Living World*, contains wholly original material, independently created by her, that is protected under the copyright laws of the United States. Plaintiff Barrette-Herzog registered this work with the United States Copyright Office on December 11, 2006, within five years of completion.  Plaintiff, Jennifer Barrette-Herzog has never licensed the use of these works or otherwise alienated any of her rights in these works under the Copyright Act, and is and at all times has been the sole holder of such rights, other than an assignment of such rights as community property of plaintiff Jennifer Barrette-Herzog and Jonathan Bissoon-Dath, her husband.

-14-

44.    By their actions set forth above, defendants have infringed plaintiffs' rights under the Copyright Act. In committing the unlawful acts complained of, defendants, and each of them, acted in concert with and as the agent of the other and acted within the scope such agency. By reason of defendants' infringement and threatened infringement, plaintiffs have sustained and will continue to sustain substantial injury, loss, and damage to their ownership rights in the copyrighted works. Plaintiffs are entitled to recover from defendants the damages obtained by defendants' acts of copyright infringement. Plaintiffs are further entitled to recover from defendants the gains, profits, and advantages they have obtained by their acts of copyright infringement.

45.    Further irreparable harm to plaintiffs is imminent as a result of defendants' conduct, and plaintiffs are without an adequate remedy at law. Plaintiffs are entitled to an injunction restraining defendants, its officers, directors, agents, employees, representatives, and all persons or entities acting in concert with them from engaging in further such acts of copyright infringement. Unless restrained, defendants will continue to infringe plaintiffs' copyrights, causing additional damages. Defendants' unlawful acts have caused plaintiffs to suffer damages in excess of the jurisdictional minimum of this Court.

Plaintiffs JONATHAN BISSOON-DATH and JENNIFER BARRETTE-HERZOG complain of defendants, SONY COMPUTER ENTERTAINMENT AMERICA, INC., DAVID JAFFE, and DOES 1 through 100, and each of them, and as for a Second Cause of Action, allege as follows:

## SECOND CAUSE OF ACTION

## CONTRIBUTORY COPYRIGHT INFRINGEMENT

46.    Plaintiffs reallege and incorporate by reference each and every allegation set forth above as though fully set forth herein.

-15-

COMPLAINT

47.    Defendants, and each of them, knew or had reason to know, that third parties were engaging in direct copyright infringement of plaintiffs' works.

48.    Defendants, and each of them, induced, caused, or materially contributed to the third parties' direct copyright infringement of plaintiffs' works.

Plaintiffs JONATHAN BISSOON-DATH and JENNIFER BARRETTE-HERZOG complain of defendants, SONY COMPUTER ENTERTAINMENT AMERICA, INC., DAVID JAFFE, and DOES 1 through 100, and each of them, and as for a Third Cause of Action, allege as follows:

## THIRD CAUSE OF ACTION

## VIOLATION OF Cal. Bus. & Prof. Code sec. 17200

49.    Plaintiffs reallege and reaffirm each and every paragraph and allegation above as if fully rewritten herein.

50.    As alleged in the preceding paragraphs, the wrongful copying, omissions and concealments by defendants detailed above constitute unlawful, unfair and fraudulent business practices within the meaning of California Business & Professions Code section 17200, et seq.

51.    California Business & Professions Code section 17200 provides that unfair competition shall mean and include "unlawful, unfair or fraudulent business acts and practices and unfair, deceptive, untrue or misleading advertising and any act prohibited by Chapter 1 (commencing with §17500) of Part 3 of Division 7 of the Business & Professions Code".

52.    Defendants, and each of them, engaged in an unlawful business practice in violation of Business & Professions Code section 17200.  Moreover, Defendants violated Federal and State statutes and the common law.

53.    Defendants and each of them engaged in an unfair business practice in violation of Business & Professions Code section 17200, as well as other state and federal statutes.

-16-

COMPLAINT

1

2                                    **PRAYER**

3            Plaintiffs pray for judgment against defendants as follows:

4    On the copyright claim:

5
         1.      For damages according to proof;
6
7        2.      For statutory damages authorized under the Copyright Act;

8        3.      For defendants' profits attributable to their infringement of plaintiffs' copyrights;

9        4.      For all of plaintiffs' costs and attorneys fees;

10       5.      For all pre-judgment and post-judgment interest according to law;

11       6.      For injunctive relief requiring defendants and all persons acting in concert with

12   them to cease the development, production and distribution of all products violating plaintiffs'

13   copyrights;
14
15       7.      For such other and further relief as the Court deems just and proper.

16   On the Contributory Copyright claim:

17       8.      For damages according to proof;

18       9.      For statutory damages authorized under the Copyright Act;

19
         10.     For defendants' profits attributable to their infringement of plaintiffs' copyrights;
20
21       11.     For all of plaintiffs' costs and attorneys fees;

22       12.     For all pre-judgment and post-judgment interest according to law;

23       13.     For injunctive relief requiring defendants and all persons acting in concert with

24   them to cease the development, production and distribution of all products violating plaintiffs'

25   copyrights;
26
         14.     For such other and further relief as the Court deems just and proper.
27
28   On the Unjust Enrichment claim under State and Federal law:

                                          -17-

15.     For injunctive relief requiring defendants and all persons acting in concert with them to cease the development, production and distribution of all products violating plaintiffs' copyrights;

16.     For such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: February 29, 2008.     **KERSHAW, CUTTER & RATINOFF LLP**

By _____
        C. BROOKS CUTTER
        ERIC J. RATINOFF
        Attorneys for Plaintiff

## JURY DEMAND

Plaintiffs hereby request a trial by jury.

Respectfully submitted,

Dated: February 29, 2008.     **KERSHAW, CUTTER & RATINOFF LLP**

By _____
        C. BROOKS CUTTER
        ERIC J. RATINOFF
        Attorneys for Plaintiff

-18-

# **EXHIBIT A**



# EXHIBIT B



**EXHIBIT C**

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGI    **TXu 1 – 330 – 795**

TXu001330795

EFFECTIVE DATE OF REGISTRATION

**DEC 13 2006**

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**

Adventures of Owen Owen's Olympic Adventure

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    **Title of Collective Work ▼**

If published in a periodical or serial give    **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**a** **NAME OF AUTHOR ▼**
Jonathan Jason Bisson-Dath

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1963    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ U.S.A

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire story / text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given 2002 Year. In all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.    Month ▶    Day ▶    Year ▶    ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Jonathan Jason Bisson-Dath
1261 Farragut circle
Davis, CA 95618

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED **DEC 13 2006**
ONE DEPOSIT RECEIVED **DEC 13 2006**
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page    • See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

*Idea for story not copyrightable  17 USC
102(b)   Registration extends to new and
revised text deposited
**Characters as such not registrable
Registration based on deposited text
describing, depicting, or embodying such
characters(s)  COMPENDIUM II 202(1)

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box)  ▼
a ☐ This is the first published edition of a work pre  iously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work  as shown by space 6 on this application
If your answer is  Yes  g  e Previous Registration Number ▶                    Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates  ▼

"TheSeus" by same author

**6**  a

See instructions before completing this space

Material Added to This Work  Gi  e a brief  general statement of the material that has been added to this work and in which copyright is claimed  ▼
Theseus has been adapted and recast New material added
Changes made

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                    Account Number ▼

**7**  a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name / Address / Apt / City / State / Zip ▼
Jonathan Bissoon-Dath
1261 Farragut circle
Davis CA  95618   530-574-2076
Area code and daytime telephone number ▶                    Fax number ▶
Email ▶ Jbddavis@aol.com

**8**  b

**CERTIFICATION**  I the undersigned hereby certify that I am the
☒ author
Check only one ☐ other copyright claimant
☐ owner of exclusive right(s)
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge
☐ authorized agent of
Name of author or other copyright claimant  or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date
Jonathan Jason Bissoon-Dath  Date ▶ 12-8-06

Handwritten signature ▼
Jonathan Bissoon-Dath

**9**

Certificate will be mailed in window envelope to this address

Name ▼ Jonathan Bissoon-Dath
Number/Street/Apt ▼ 1261 Farragut circle
City/State/Zip ▼ Davis  CA  95618

• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559 6222

17 USC §506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Form TX  Full  Rev 11/2006  Print 11/2006—30 000  Printed on recycled paper                    U S Government Printing Office 2006-xx xxx/80  xxx

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

RE **VAu 726 – 891**

SAU VA 00000 726591 H

EFFECTIVE DATE OF REGISTRATION

Dec 11 2006
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
Title of This Work ▼
**Owen Drawings**

NATURE OF THIS WORK ▼ See Instructions
*character & map drawings*

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**
**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** NAME OF AUTHOR ▼
**Jennifer Barrette - Herzog**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
**1969**

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of **USA**
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture     ☐ Map           ☐ Technical drawing
☒ 2-Dimensional artwork       ☐ Photograph    ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture     ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph    ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**
**a** Year in Which Creation of This Work Was Completed **2002**
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____   Nation

**4**
See Instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
**Jennifer Barrette - Herzog**
**1261 Farragut Circle**
**Davis, CA  95618**

APPLICATION RECEIVED
DEC 11 2006
DEPOSIT RECEIVED
DEC 11 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | | FORM VA |
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

Jonathan Bisson-Daths:
Adventures of Owen: Owen's Olympic Adventure    **a**

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

The drawings are original, but derived from above.    **b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                    **Account Number** ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

**b**

Jennifer Barrette-Herzog
1261 Farragut circle
Davis CA 95618

Area code and daytime telephone number (530) 574-2076        Fax number (   )
Email Jenn @ herzoghouse.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jennifer Barrette-Herzog        Date 12/8/06

Handwritten signature (X) ▼
X _Jenn Barrette-Herzog_

| **Certificate will be mailed in window envelope to this address:** | Name ▼ Jennifer Barrette-Herzog | • Complete all necessary spaces • Sign your application in space 8 |
| | Number/Street/Apt ▼ 1261 Farragut circle | 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/Zip ▼ Davis, CA 95618 | Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA – Full Rev: 07/2006 Print: 07/2006—30,000 Printed on recycled paper        U.S. Government Printing Office: 2004-320-958/60,123

0000000049.20021114143933356.000000012

169173

# Documentation of Registration

Writers Guild of America, west, Inc.
Intellectual Property Registry
7000 West Third Street
Los Angeles, California 90048-4329
Telephone: 323-782-4500
Fax: 323-782-4803

The Writers Guild of America, west, Inc. issues this certificate to:

JONATHAN JASON BISSOON-DATH

for the material entitled:

Olympiad

by the following:

JONATHAN JASON BISSOON-DATH - Writer

Registration #:    89453
Material Type:    SYNOPSIS
Registered By:    JONATHAN JASON BISSOON-DATH

Effective Date:   10/21/2002
Expiration Date:  10/21/2007

**Duration:** Registration is valid for a five-year period. You hereby authorize the Guild to destroy the manuscript without notice to you upon expiration of five years from the effective date of this receipt. You may renew the registration for additional five year periods. Renewals will be accepted up to 90 days prior to the expiration of the current registration. A grace period will be extended allowing late renewals up to 90 days following expiration of the current registration. All renewal requests must be accompanied by payment of the registration fee then in effect.

**Access To Materials:** Registered material may not be withdrawn. Copies of material may be purchased upon written request by one or more of the listed authors, identified by photo ID. In the event an author is deceased, proof of death and consent of the representative of the heirs and/or estate must be presented in order to obtain a copy of the material.

**Safekeeping:** Registration is a service. Its purpose is to assist writers in establishing completion and possession of literary property. The Guild assumes that you have returned, and you acknowledge that you have retained, a copy of this manuscript. In the event the deposited manuscript is lost, damaged or destroyed by reason of the Guild's failure to exercise reasonable care or any other cause whatsoever, it is agreed that the declared value of the manuscript shall be $100.00. Damages for such loss or destruction of the manuscript shall be limited to its declared value.

**Entire Agreement:** The provisions printed here constitute the entire registration agreement. No Guild employee is authorized to modify this agreement or to make other representations binding on the Guild.



# Registration Confirmation

**Please print this page for your records.**

## Registration Number : 894523

Thank you for your registration. Your material has been successfully registered with the WGA Intellectual Property Registry. Registrations are valid for a term of five years and can be renewed upon expiration. Your Registration Certificate will be mailed within two weeks. Please remember that changes cannot be made once material has been registered with the WGAw Intellectual Property Online Registration Service.

Should you have any questions regarding your online registration, please mail or fax your photo ID along with your written request to the Intellectual Property Registry at (323) 782-4803.

We greatly appreciate your business and would like your feedback. Click here to let us know your thoughts and suggestions about our service.

### Registered Item Information:

Material Type :     SYNOPSIS
Intended Medium : SCREEN
Item Title :     Olympiad
Filename :     OLYMPIAD SYNOPSIS.doc

### Registrant/Author Information:

Registrant ID :     607768705
Registrant Last Name :     Bissoon-Dath
Registrant First Name :     Jonathan
Registrant Middle Name : Jason

### Credit Card was Charged:

Credit Card # :     XXXXXXXXXX-4007
Name on Card:     J.Bissoon-Dath
Credit Card Expiration Date(mmyy) : 1203
Credit Card Amount :     USD 20

[ Next Registration ]

Home

Certificate of Registrat. · I



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PAu3 – 078 – 083**

‖‖‖‖‖‖‖‖‖‖‖
PPAU3038708083x

EFFECTIVE DATE OF REGISTRATION

4 18 07
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**

Olympiad Version A

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Screenplay about ancient Greece

---

**2**

**NAME OF AUTHOR ▼**

Jonathan Jason Bissoon-Dath

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1963    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is 'Yes,' see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire Typed Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is 'Yes,' see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is 'Yes,' see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
2002 ◄ Year in all cases

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month _____ Day _____ Year _____
ONLY if this work has been published _____ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Jonathan Jason Bissoon-Dath
1261 Farragut Circle, Davis California 95618

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space

**APPLICATION RECEIVED**
APR 1 8 2007
ONE DEPOSIT RECEIVED
APR 1 8 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

*DO NOT WRITE HERE OFFICE USE ONLY*

---

**MORE ON BACK ▶** · Complete all applicable spaces (numbers 5-9) on the reverse side of this page
· See detailed instructions  · Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

| EXAMINED BY | RJB | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼ If your answer is No, do not check box A, B, or C
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

"Theseus" by Jonathan Jason Bissoon-Dath
"Adventures of Owen Owen's Olympic Adventure" by Jonathan Jason Bissoon-Dath

**a**

**6**

See instructions before completing this space

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

Previous works converted to screenplay, with new material added and some material left out

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
**Name** ▼          **Account Number** ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name / Address / Apt / City / State / Zip ▼

Jonathan Bissoon-Dath
1261 Farragut Circle
Davis, California 95618

**b**

Area code and daytime telephone number ( 530 ) 574-2076          Fax number ( )
Email jbddavis@aol com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Jonathan Jason Bissoon-Dath          Date  4-17-07

Handwritten signature (X) ▼

x _Jonathan Bissoon-Dath_

| Certificate will be mailed in window envelope to this address | Name ▼ Jonathan Bissoon-Dath | **9** |
|---|---|---|
| | Number/Street/Apt ▼ 1261 Farragut Circle | |
| | City/State/Zip ▼ Davis, California 95618 | |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application shall be fined not more than $2,500

Form PA – Full  Rev 07/2006  Print 07/2006 — 10,000  Printed on recycled paper          U.S. Government Printing Office 2006-xxx-xxx/90 xx

Additional certific...

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

## hort Form PA
**For a Work of the Performing Arts**
UNITED STATES COPYRIGHT OFFICE

Registration Number

**PAu 2-735-658**

Effective Date of Registration
10 28 02

Application Received OCT 2 8 2002

Deposit Received Oct 2 8 2002    Two

Fee Received

Examined By

Correspondence ☐

---

**TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.**

**1** Title of This Work:
Alternative title or title of larger work in which this work was published:

*Olympiad*

**2** Name and Address of Author and Owner of the Copyright:

Jonathan Bissoon-Dath    ~ USA Resident
1880 Cowell Blvd. #232
Davis - CA. 95616

Nationality or domicile:
Phone, fax, and email:

Phone ( 530 ) 867-2744    Fax ( - )
Email: Jbidavis @ aol.com

**3** Year of Creation:

2002

**4** If work has been published, Date and Nation of Publication:

a. Date _____ Month _____ Day _____ Year _____ *(Month, day, and year all required)*

b. Nation _____

**5** Type of Authorship in This Work:
Check all that this author created.

☐ Music    ☒ Other text (includes dramas, screenplays, etc.)
☐ Lyrics    *(If your work is a motion picture or other audiovisual work, use the Standard Form PA.)*

**6** Signature:
(Registration cannot be completed without a signature.)

*I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one:
☒ Author
☐ Authorized agent    x *Jonathan Bissoon-Dath*

**7** Name and Address of Person to Contact for Rights and Permissions:

☐ Check here if same as #2 above.

Phone, fax, and email:

Phone ( )    Fax ( )
Email:

OPTIONAL

**8**
Certificate will be mailed in window envelope to this address:

Name ▼ Jonathan Bissoon-Dath
Number/Street/Apt ▼ 1880 Cowell Blvd. #232
City/State/ZIP ▼ Davis - California 95616

**9** Deposit Account #_____
Name _____

Complete this space only if you hold a Deposit Account in the Copyright Office.

DO NOT WRITE HERE    Page 1 of _____ pages

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000    Web Rev: June 2002    ☼ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Mary Beth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

RF

**TXu 1-330-577**

TXU001330577u

EFFECTIVE DATE OF REGISTRATION

Dec     11     2006
Month   Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

TITLE OF THIS WORK ▼

Theseus

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
**a**

NAME OF AUTHOR ▼

Jonathan Jason Bissoon-Dath

DATES OF BIRTH AND DEATH
Year Born ▼ 1963    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is Yes, see detailed instructions

**NOTE**

Under the law, the author of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check Yes in the space provided, give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

Entire story / text

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes, see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes, see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**
**a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
2002    in all cases

**b**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Jonathan Jason Bissoon-Dath
1261 Fairagut circle
Davis CA 95618

APPLICATION RECEIVED
DEC 11 2006
ONE DEPOSIT RECEIVED
DEC 11 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

---

MORE ON BACK ▶    Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM TX |
| CHECKED BY | | |
| ☐ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
☐ Yes ☒ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes give Previous Registration Number ▶                  Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

a

**6**

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

b

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼                  Account Number ▼

a

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/Zip ▼

Jonathan Bissoon-Dath
1261 Farragut circle
Davis CA 95618

b

Area code and daytime telephone number ▶ 530-750-1923 580-574-2076 Fax number ▶ 530-750-1802
Email ▶ Jbddavis@aol.com

**CERTIFICATION** I the undersigned hereby certify that I am the
Check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Jonathan Jason Bissoon-Dath          Date ▶ 12/8/06

Handwritten signature ▼

Jonathan Bissoon-Dath

| Certificate will be mailed in window envelope to this address | Name ▼ Jonathan Bissoon-Dath |
| | Number/Street/Apt ▼ 1261 Farragut circle |
| | City/State/Zip ▼ Davis CA 95618 |

**9**

Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559-6222

17 USC §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500

Form TX Full Rev 11/2006 Print 11/2006—50,000 Printed on recycled paper                  U S Government Printing Office 2006-xx-xxx/60 xx