# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

JONATHAN BISSOON-DATH AND
JENNIFER BARRETTE-HERZOG,     **SUMMONS IN A CIVIL CASE**

E-filing

CASE NUMBER:

V.

SONY COMPUTER ENTERTAINMENT
AMERICA, INC., DAVID JAFFE, AND
DOES 1 through 100, inclusive,   CV 08 1235

TO: (Name and address of defendant)

SONY COMPUTER ENTERTAINMENT
AMERICA, INC.
919 E. Hillsdale Blvd, 2nd Fl.
Foster City, CA 94404

**MHP**

DAVID JAFFE

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

C. Brooks Cutter, SBN 121407
Eric J. Ratinoff, SBN 166204
KERSHAW, CUTTER & Ratinoff
401 Watt Avenue
Sacramento, CA  95864



an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service

Richard W. Wieking
CLERK                                                                         DATE

_____
(BY) DEPUTY CLERK