| *Attorney or Party without Attorney:*<br>C. BROOKS CUTTER ESQ.<br>KERSHAW, CUTTER & RATINOFF LLP<br>980 9TH STREET<br>19TH FLOOR<br>SACRAMENTO, CA 95814<br>*Telephone No:* 916-448-9800          *FAX No:* 916-669-4499 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff          *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*

U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* JONATHAN BISSOON-DATH

*Defendant:* SONY COMPUTER ENTERTAINMENT AMERICA, INC.

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>cv08-1235 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS & COMPLAINT; ORDER SETTING INITIAL CASE MANAGMENT CONFERENCE

3. a. *Party served:*          SONY COMPUTER ENTERTAINMENT AMERICA, INC.
   b. *Person served:*        BECKY DE GEORGE, AUTHORIZED TO ACCEPT SERVICE; White, Female, 47 Years Old, Blond Hair, 5 Feet 7 Inches, 170 Pounds

4. *Address where the party was served:*          CSC LAWYERS INCORPORATING SERVICE
   2730 GATEWAY OAKS DRIVE
   SUITE 100
   SACRAMENTO, CA 95833

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Apr. 11, 2008 (2) at: 1:25PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: SONY COMPUTER ENTERTAINMENT AMERICA, INC.
   Under CCP 416.10 (corporation)

7. ***Person Who Served Papers:***                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. TANYA THOMAS                              d.  *The Fee* for Service was:     $30.00

   **2300 P Street**                            e.  I am: (3) registered California process server
   **Sacramento, CA 95816**                          (i)  Employee
   **(916) 498-0808**                                (ii) *Registration No.:*     2005-26
   **FAX (916) 498-0817**                            (iii) *County:*             Sacramento

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date:Fri, Apr. 11, 2008

                                                                 (TANYA THOMAS)