BROOKE OLIVER, ESQ. (SBN 172828)
LINDA JOY KATTWINKEL, ESQ. (SBN 164283)
OLIVER, KATTWINKEL & SABEC P.C.
50 Balmy Alley
San Francisco, CA 94110
Phone: 415-641-1116
Fax: 415-695-1116
brooke@okslaw.com
ljk@okslaw.com

Attorneys for Defendant
SONY COMPUTER ENTERTAINMENT AMERICA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BISSOON-DATH and JENNIFER BARRETTE-HERZOG,<br><br>Plaintiffs,<br><br>vs.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, INC., DAVID JAFFE, and DOES 1 THOUGH 100, inclusive,<br><br>Defendants. | No. CV08-1235 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AND EXTENDING DEADLINES** |

Plaintiffs Jonathan Bissoon-Dath and Jennifer Barrette-Herzog, and Defendant Sony Computer Entertainment America Inc. ("SCEA") having met and conferred by and through their respective lead counsel, hereby stipulate and consent to extend certain deadlines as follows:

    6/09/2008    Last day to:

- meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan
- file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference

1  6/23/2008   Last day to file Rule 26(f) Report, complete initial disclosures or state
2              objection in Rule 26(f) Report and file Joint Case Management
3              Statement
4  6/30/2008   Initial Case Management Conference
5  7/07/2008   Last day for Defendant SCEA to file a responsive pleading

This is the first extension of time requested by the parties and is not for the purpose of delay, but rather for purposes of efficiency and conserving the parties' and the Court's resources. This request is made in order to allow Plaintiffs the opportunity to serve Defendant Jaffe, and then for all parties to continue negotiations for potential resolution of the action or narrowing of the matters for litigation. The parties hereto anticipate that Defendant Jaffe will be served soon and will be agreeable to the extensions requested herein, but acknowledge that they may need to request further extensions if necessary once Defendant Jaffe is served.

Dated: May 12, 2008               OLIVER, KATTWINKEL & SABEC P.C.

                                  By:      /S/
                                     Brooke Oliver
                                     Attorneys for Defendant
                                     Sony Computer Entertainment
                                     America Inc.

Dated: May 12, 2008               KERSHAW, CUTTER & RATINOFF, LLP

                                  By:      /S/
                                     C. Brooks Cutter
                                     Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: 5/14/2008                  _____
                                  The Honorable Marilyn H. Patel
                                  United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel