BROOKE OLIVER, ESQ. (# 172828)
LINDA JOY KATTWINKEL, ESQ. (# 164283)
OLIVER, KATTWINKEL & SABEC P.C.
50 Balmy Alley
San Francisco, CA  94110
Phone:  415-641-1116
Fax:  415-695-1116
brooke@okslaw.com
ljk@okslaw.com

Attorneys for Defendant
SONY COMPUTER ENTERTAINMENT
AMERICA INC.


C. BROOKS CUTTER, ESQ. (# 166204)
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, CA  95864
Phone:  (916) 448-9800
Fax:  (916) 669-4499
bcutter@kcrlegal.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BISSOON-DATH and JENNIFER BARRETTE-HERZOG,<br><br>Plaintiffs,<br><br>vs.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, INC., DAVID JAFFE, and DOES 1 THOUGH 100, inclusive,<br><br>Defendants. | No.  CV08-1235 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in Private Mediation under JAMS, with the mediator being the Hon. Fern Smith Ret., subject to her availability.

The parties agree to hold the ADR session by September 15, 2008.

Dated: June 9, 2008                               OLIVER, KATTWINKEL & SABEC P.C.

                                                  By:   /S/
                                                     Brooke Oliver
                                                     Attorneys for Defendant
                                                     Sony Computer Entertainment
                                                     America Inc.

Dated: June 9, 2008                               KERSHAW, CUTTER & RATINOFF, LLP

                                                  By:   /S/
                                                     C. Brooks Cutter
                                                     Attorneys for Plaintiffs

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

   Mediation

   Deadline for ADR session:  September 15, 2008

IT IS SO ORDERED.

Dated: _____            _____
                                          The Honorable Marilyn H. Patel
                                          United States District Judge