BROOKE OLIVER, ESQ.  (# 172828)
LINDA JOY KATTWINKEL, ESQ. (# 164283)
OLIVER, KATTWINKEL & SABEC P.C.
50 Balmy Alley
San Francisco, CA  94110
Phone:  415-641-1116
Fax:  415-695-1116
brooke@okslaw.com
ljk@okslaw.com

Attorneys for Defendant
SONY COMPUTER ENTERTAINMENT
AMERICA INC.


C. BROOKS CUTTER, ESQ. (# 166204)
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, CA  95864
Phone:  (916) 448-9800
Fax:  (916) 669-4499
bcutter@kcrlegal.com

Attorneys for Plaintiffs


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BISSOON-DATH and JENNIFER BARRETTE-HERZOG,<br><br>Plaintiffs,<br><br>vs.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, INC., DAVID JAFFE, and DOES 1 THOUGH 100, inclusive,<br><br>Defendants. | No.  CV08-1235 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

1    The parties agree to participate in Private Mediation under JAMS, with the
2  mediator being the Hon. Fern Smith Ret., subject to her availability.

3

4    The parties agree to hold the ADR session by September 15, 2008.

5

6  Dated:  June 9, 2008                    OLIVER, KATTWINKEL & SABEC P.C.

7                                          By:   /S/
8                                               Brooke Oliver
                                                Attorneys for Defendant
9                                               Sony Computer Entertainment
10                                              America Inc.

11 Dated:  June 9, 2008                    KERSHAW, CUTTER & RATINOFF, LLP
12
13                                         By:   /S/
14                                               C. Brooks Cutter
                                                 Attorneys for Plaintiffs
15

16                          [PROPOSED] ORDER

17

18    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
19           Mediation
20           Deadline for ADR session:  September 15, 2008

21

22    IT IS SO ORDERED.

23

24  Dated:   June 10, 2008

25         The Hon
           United St

26

27

28
                                    - 2 -     [CV08-1235 MHP] – STIPULATION & [PROPOSED]
                                              ORDER SELECTING ADR