BROOKE OLIVER, ESQ. (SBN 172828)
LINDA JOY KATTWINKEL, ESQ. (SBN 164283)
OLIVER, KATTWINKEL & SABEC P.C.
50 Balmy Alley
San Francisco, CA 94110
Phone: 415-641-1116
Fax: 415-695-1116
brooke@okslaw.com
ljk@okslaw.com

Attorneys for Defendants
SONY COMPUTER ENTERTAINMENT
AMERICA INC. and DAVID JAFFE

C. BROOKS CUTTER, ESQ. (SBN 121407)
ERIC RATINOFF, ESQ. (SBN 166204)
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, CA 95864
Phone: (916) 448-9800
Fax: (916) 669-4499
bcutter@kcrlegal.com
eratinoff@kcrlegal.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BISSOON-DATH and JENNIFER BARRETTE-HERZOG,<br><br>Plaintiffs,<br><br>vs.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, INC., DAVID JAFFE, and DOES 1 THOUGH 100, inclusive,<br><br>Defendants. | No. CV08-1235 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AND EXTENDING ADR AND OTHER DEADLINES** |

/ / /

/ / /

Plaintiffs Jonathan Bissoon-Dath and Jennifer Barrette-Herzog, and Defendants Sony Computer Entertainment America Inc. ("SCEA") and David Jaffe ("Jaffe"), having met and conferred by and through their respective lead counsel, hereby stipulate and consent to extend certain deadlines as follows:

8/18/2008   Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Joint Case Management Statement

8/25/2008   Initial Case Management Conference

8/29/2008   Last day for Defendants SCEA and Jaffe to file a responsive pleading.

This is the second extension of time requested by the parties and is not for the purpose of delay, but rather for purposes of efficiency and conserving the parties' and the Court's resources. Defendant David Jaffe consented late last week to be served through the above-named counsel. This request is made in order to permit all served parties to be on the same disclosure, discovery and case management schedule, and to permit lead counsel for the parties to continue to work toward potential resolution of the action or narrowing of the matters for resolution. The parties' counsel agree that an extension of time will facilitate that. The parties' counsel have met and conferred concerning initial disclosures, discovery, contemplated motions, and early settlement and believe that further discussion of these matters in light of Defendant Jaffe now being in the case will be productive.

This extension of time will affect the scheduled date for ADR because Hon. Fern Smith is unavailable during the 10th through the 26th of September, 2008. She is

1  available on September 29, 2008 and the mediation will likely be held that day. As a
2  result, the parties stipulate that the last day for ADR be moved back to October 10, 2008.

Dated: June 16, 2008               OLIVER, KATTWINKEL & SABEC P.C.

                                   By:      /S/
                                       Brooke Oliver
                                       Attorneys for Defendants
                                       Sony Computer Entertainment
                                       America Inc. and David Jaffe


Dated: June 16, 2008               KERSHAW, CUTTER & RATINOFF, LLP

                                   By:      /S/
                                       Eric Ratinoff
                                       Attorneys for Plaintiffs


    IT IS SO ORDERED.

    Dated:  June 17, 2008

                                   _____
                                   The Honorable Marilyn H. Patel
                                   United States District Judge

[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, Judge Marilyn H. Patel]