## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL PRETRIAL MINUTES

Date: August 25, 2008

Case No.   C 08-1235  MHP                    Judge: MARILYN H. PATEL

Title: JONATHAN BISSOON-DATH et al -v- SONY COMPUTER ENTERTAINMENT AMERICA

Attorneys:  Plf: Brooks Cuter
            Dft: Brooke Oliver, Linda Joy Kattwinkel

Deputy Clerk:  Anthony Bowser  Court Reporter: Sahar McVickat

### PROCEEDINGS

1)   Case Management Conference

2)  _____

3)  _____

### ORDERED AFTER HEARING:

Counsel submit after further discussion of underlying complaint; Discovery limited to Liability issue, and is stayed after upcoming mediation session; Discovery to be completed within 120 days after mediation session; Depositions limited to 5/side prior to motions for summary judgment; Briefing schedules as follows:

    Motions for Summary Judgment to be filed by 5/4/2009;
    Oppositions/Rule 27 statements to be filed by 6/4/2009;
    Replies to be filed by 6/25/2009;
    Motions to be heard 2:00 pm on 7/13/20089;

Discovery warning given.