1  BROOKE OLIVER, ESQ.  (SBN 172828)
   LINDA JOY KATTWINKEL, ESQ. (SBN 164283)
2  OLIVER, KATTWINKEL & SABEC P.C.
   50 Balmy Alley
3  San Francisco, CA  94110
   Phone:  415-641-1116
4  Fax:  415-695-1116
   brooke@okslaw.com
5  ljk@okslaw.com

6  Attorneys for Defendants
   SONY COMPUTER ENTERTAINMENT
7  AMERICA INC. and DAVID JAFFE

8

   MICAH R. JACOBS (SBN 176430)
9  ERIC K. FERRARO (SBN 172699)
   BULLIVANT HOUSER BAILEY PC
10 601 California St., Suite 1800
   San Francisco, CA 94108
11 Telephone: (415) 352-2700
   Facsimile:   (415) 352-2701
12 micah.jacobs@bullivant.com
   eric.ferraro@bullivant.com
13
   Attorneys for Plaintiffs
14 JONATHAN BISSOON-DATH and
   JENNIFER BARRETTE-HERZOG
15

16

17                        UNITED STATES DISTRICT COURT

18                       NORTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| JONATHAN BISSOON-DATH and JENNIFER BARRETTE-HERZOG, | No. CV08-1235 MHP |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER EXTENDING ADR AND OTHER DEADLINES** |
| vs. | |
| SONY COMPUTER ENTERTAINMENT AMERICA, INC., DAVID JAFFE, and DOES 1 THOUGH 100, inclusive, | |
| Defendants. | |

1  Plaintiffs Jonathan Bissoon-Dath and Jennifer Barrette-Herzog ("Plaintiffs"), and
2  Defendants Sony Computer Entertainment America Inc. ("SCEA") and David Jaffe
3  ("Jaffe"), having met and conferred by and through their respective lead counsel, hereby
4  stipulate and consent to a two-week extension of the deadline by which they shall
5  complete the ADR process.

6  Pursuant to the Court's existing scheduling order, the parties are required to
7  complete the ADR process prior to October 10, 2008. The parties had scheduled a
8  mediation to proceed on September 29, 2008, before the Honorable Fern Smith at
9  JAMS.

10  However, the Plaintiffs just retained new counsel and filed their Notice of
11  Substitution of Counsel on September 24, 2008. On Monday, September 22, 2004,
12  Plaintiffs' new counsel, Micah Jacobs, requested a brief continuance of the mediation on
13  the grounds that it would make for a more effective mediation process if Plaintiffs' new
14  firm had additional time to prepare. Together, the parties contacted JAMS and have
15  agreed to reschedule the mediation to take place before Judge Smith (Ret.), who is
16  available on October 17, 2008. Because that is the first date that all of the parties and
17  the mediator are available, the mediation date must now be moved back by eighteen (18)
18  calendar days. As a result, the parties stipulate that the last day for ADR be moved back
19  to October 24, 2008.

20  This extension of time will affect the other dates set forth in the Court's Case
21  Management Conference Minutes dated August 25, 2008 ("CMC Minutes"), and would
22  delay them all by approximately eighteen days since those dates were set in relation to
23  the mediation date. Specifically, the parties jointly request that the Court modify the
24  dates set in the CMC Minutes to the following:

25  Motions for Summary Judgment to be filed by May 25, 2009;
26  Oppositions/Rule 27 statements to be filed by June 25, 2009;
27  Replies to be filed by July 15, 2008;
28  Motions to be heard 2:00 pm on Monday, August 3, 2009.

1
2  Dated: September 24, 2008                OLIVER, KATTWINKEL & SABEC P.C.
3                                           By:      /S/
4                                                Brooke Oliver
                                                 Attorneys for Defendants
5                                                Sony Computer Entertainment
6                                                America Inc. and David Jaffe
7
8  Dated: September 24, 2008                BULLIVANT HOUSER BAILEY PC
9
10                                          By:      /S/
                                                 Micah R. Jacobs
11                                               Attorneys for Plaintiffs
12                                               JONATHAN BISSOON-DATH and
                                                 JENNIFER BARRETTE-HERZOG
13
14
15
16
17     IT IS SO ORDERED.
18
19  Dated:  9/26/2008
                                            _____
20                                          The Honorable Marilyn Hall Patel
                                            United States District Judge
21
22
23
24
25
26
27
28