1  BROOKE OLIVER, ESQ. (SBN 172828)
   JACQUELINE SABEC, ESQ. (SBN 205689)
2  OLIVER & SABEC P.C.
   50 Balmy Alley
3  San Francisco, CA 94110
   Telephone:     (415) 641-1116
4  Facsimile:     (415) 695-1116
   brooke@oliversabec.com
5  jacqueline@oliversabec.com

6  Attorneys for Defendants
   SONY COMPUTER ENTERTAINMENT
7  AMERICA INC. and DAVID JAFFE

8  MICAH R. JACOBS (SBN 176430)
   ERIC K. FERRARO (SBN 172699)
9  BULLIVANT HOUSER BAILEY PC
   601 California St., Suite 1800
10 San Francisco, CA 94108
   Telephone:     (415) 352-2700
11 Facsimile:     (415) 352-2701
   micah.jacobs@bullivant.com
12 eric.ferraro@bullivant.com

13 Attorneys for Plaintiffs
   JONATHAN BISSOON-DATH and
14 JENNIFER BARRETTE-HERZOG

15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18

19 JONATHAN BISSOON-DATH and          No. CV08-1235 MHP
   JENNIFER BARRETTE-HERZOG,
20
                Plaintiffs,            **STIPULATION AND [PROPOSED]**
21                                     **ORDER EXTENDING TIME TO**
                                       **COMPLETE EXPERT AND OTHER**
22      vs.                            **LIABILITY DISCOVERY**

23 SONY COMPUTER ENTERTAINMENT
   AMERICA, INC., DAVID JAFFE, and
24 DOES 1 THOUGH 100, inclusive,

25              Defendants.

26

27

28
                                  - 1 -     CV08-1235 MHP - STIPULATION AND [PROPOSED]

1    Plaintiffs Jonathan Bissoon-Dath and Jennifer Barrette-Herzog ("Plaintiffs"), and Defendants

2    Sony Computer Entertainment America Inc. ("SCEA") and David Jaffe ("Jaffe"), having met and

3    conferred by and through their respective lead counsel, hereby stipulate and consent to an extension of

4    time for expert witness disclosure, other liability discovery deadlines, and the summary judgment

5    briefing schedule as set forth below.

6    Pursuant to the Court's Case Management Conference Minutes dated August 25, 2008 (the

7    "Minute Order") and subsequent Order Extending ADR and Other Deadlines dated September 26, 2008

8    (the "ADR Extension"), discovery on the liability phase of this action is currently set to close on

9    February 16, 2009 (120 days following the mediation). Pursuant to the ADR Extension, the Summary

10   Judgment Briefing and Hearing Schedule provided that Summary Judgment Motions would be due on

11   May 25, 2009, Oppositions would be due on June 25, 2009, Replies would be due on July 15, 2009, and

12   the Hearing would take place on August 3, 2009.

13   The Parties participated in mediation on October 17, 2008, before the Honorable Fern Smith at

14   JAMS. The parties were unable to resolve the dispute and the period for liability discovery set by the

15   Court began to run immediately thereafter.

16   On November 24 and 26, 2008, Defendant SCEA served various written discovery requests upon

17   Plaintiffs. On December 5, 2008, Plaintiffs served various written discovery requests upon Defendants,

18   and served subpoenas duces tecum upon nine third-party witnesses. The parties have agreed to a mutual

19   30-day extension of time for responses on all pending written discovery requests.

20   Plaintiffs have requested to enlarge the overall 120-day liability discovery period provided in the

21   ADR Extension by 60 days. Plaintiffs have requested that the number of days for them to respond to

22   any Summary Judgment Motion be extended to 45 days from the 31 days provided in the ADR

23   Extension. The Parties would also like to set dates for expert disclosures and depositions, although

24   neither the Minute Order nor the ADR Extension expressly addresses or sets forth the deadlines for

25   such expert discovery.

26   The Parties seek to resolve these differences concerning expert and other liability discovery by

27   this stipulation. The Parties stipulate to a further extension of the currently existing due dates for

28

CV08-1235 MHP - STIPULATION AND [PROPOSED]
ORDER EXTENDING TIME TO COMPLETE EXPERT
AND OTHER LIABILITY DISCOVERY

1   discovery and summary judgment briefing, as set out below:

2          Liability Discovery currently set to be completed on February 16, 2009 shall be completed by

3   April 17, 2009, except for expert depositions.

4          Motions for Summary Judgment currently set to be filed by May 25, 2009 shall now be due by

5   August 24, 2009;

6          Oppositions/Rule 27 statements currently set to be filed by June 25, 2009 shall now be due by

7   October 7, 2009;

8          Replies currently set to be filed by July 15, 2008 shall now be due by October 28, 2009;

9          Motions scheduled to be heard at 2:00 pm on Monday, August 3, 2009 shall now be heard at 2

10  p.m. on Monday, November 16, 2009.

11         The parties jointly request that the Court set expert discovery witness disclosure and deposition

12  deadlines as follows:

13         March 16, 2009: Plaintiffs to disclose their expert witness(es) and expert witness report(s);

14         April 16, 2009: Defendants to disclose their expert witness(es) and expert witness report(s);

15         May 16, 2009: Expert depositions to be completed.

16         This extension of time for expert and other discovery will not affect other deadlines or limits on

17  the total number of depositions as set forth in the Minute Order and in the ADR Extension, except that

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

CV08-1235 MHP - STIPULATION AND [PROPOSED]
ORDER EXTENDING TIME TO COMPLETE EXPERT
AND OTHER LIABILITY DISCOVERY

1   in addition to the five depositions allowed each party in the Minute Order and ADR Extension, each

2   party may depose the expert(s) that the other party discloses as an expert witness.

3   Respectfully submitted,

4   Dated:  February 2, 2009                          OLIVER & SABEC P.C.

5                                                     By: _____/S/_____

6                                                         Brooke Oliver
                                                          Attorneys for Defendants
7                                                         SONY COMPUTER ENTERTAINMENT
                                                          AMERICA INC. and DAVID JAFFE
8

9   Dated:  February 2, 2009                          BULLIVANT HOUSER BAILEY PC

10                                                    By: _____/S/_____

11                                                       Micah R. Jacobs
                                                         Attorneys for Plaintiffs
12                                                       JONATHAN BISSOON-DATH and
                                                         JENNIFER BARRETTE-HERZOG
13

14

15          IT IS SO ORDERED.

16

17  Dated:  2/5/2009 _____

18

19  11093829.1

20

21

22

23

24

25

26

27

28

CV08-1235 MHP - STIPULATION AND [PROPOSED]
                                                     ORDER EXTENDING TIME TO COMPLETE EXPERT
                                                     AND OTHER LIABILITY DISCOVERY