

*Brooke Oliver*
*brooke@oliversabec.com*

February 5, 2009

Hon. Marilyn Hall Patel
Courtroom 15, 18th Floor
450 Golden Gate Avenue
San Francisco, California 94102

      RE:      *Bissoon-Dath, et al. v. SCEA, et al.*
                   USDC Case No. 3:08-cv-01235 MHP

Dear Judge Patel:

    I am writing to request that the Joint Status Conference in the above-referenced matter, currently set for Monday, February 9, 2009 at 3:00 p.m., be taken off calendar.

    The Plaintiffs requested a status conference to resolve pending disputes regarding discovery deadlines.  The Parties resolved their dispute by Stipulation filed with the Court on Monday, February 2, 2009.  Our understanding is that this rendered the pending Status Conference moot.  Of course, we would be happy to appear if the Court would prefer that the conference remain on calendar.

                                 Best regards,

                                   OLIVER & SABEC P.C.

                                 By:     /S/
                                      Brooke Oliver

cc: Micah Jacobs



IT IS SO ORDERED
Judge Marilyn H. Patel

ARTS, ENTERTAINMENT, AND INTELLECTUAL PROPERTY LAW

50 Balmy Alley  |  San Francisco, California 94110  |  415.641.1116 ph  |  415.695.1116 fx  |  oliversabec.com