1  BROOKE OLIVER, ESQ. (SBN 172828)
   OLIVER & SABEC P.C.
2  50 Balmy Alley
   San Francisco, CA 94110
3  Telephone:  (415) 641-1116
   Facsimile:  (415) 695-1116
4  brooke@oliversabec.com

5  Attorneys for Defendants
   SONY COMPUTER ENTERTAINMENT
6  AMERICA INC. and DAVID JAFFE

7

8  MICAH R. JACOBS (SBN 174630)
   BULLIVANT HOUSER BAILEY PC
9  601 California Street, Suite 1800
   San Francisco, CA 94108
10 Telephone:  (415) 352-2700
   Facsimile:  (415) 352-2701
11 micah.jacobs@bullivant.com

12 Attorneys for Plaintiffs
   JONATHAN BISSOON-DATH and
13 JENNIFER BARRETTE-HERZOG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BISSOON-DATH and JENNIFER BARRETTE-HERZOG,<br><br>                Plaintiffs,<br><br>vs.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA INC., DAVID JAFFE, and DOES 1 THOUGH 100, inclusive,<br><br>                Defendants. | No. CV08-1235 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR EXPERT DISCLOSURES** |

Plaintiffs Jonathan Bissoon-Dath and Jennifer Barrette-Herzog ("Plaintiffs"), on the one hand, and Defendants Sony Computer Entertainment America Inc. ("SCEA") and David Jaffe ("Jaffe") (collectively, "Defendants"), on the other hand, having met and conferred by and through their respective lead counsel, hereby stipulate and agree as follows:

(1) The deadline for Plaintiffs to disclose their expert witness(es) and expert witness report(s) pursuant to this stipulation and the Federal Rules of Civil Procedure, shall be extended by two weeks from March 16, 2009 to March 30, 2009;

(2) The deadline for Defendants to disclose their expert witness(es) and expert witness report(s) pursuant to this stipulation and the Federal Rules of Civil Procedure, shall be extended by two weeks from April 16, 2009 to April 30, 2009; and

(3) Except as provided herein, all other deadlines and dates set forth in the Stipulation and Order dated February 6, 2009, shall remain fixed and unchanged.

Respectfully submitted,

Dated: March 20, 2009                OLIVER & SABEC P.C.

                                     By:      /S/
                                     Brooke Oliver
                                     Attorneys for Defendants
                                     SONY COMPUTER ENTERTAINMENT
                                     AMERICA INC. and DAVID JAFFE

Dated: March 20, 2009                BULLIVANT HOUSER BAILEY PC

                                     By:      /S/
                                     Micah R. Jacobs
                                     Attorneys for Plaintiffs
                                     JONATHAN BISSOON-DATH and
                                     JENNIFER BARRETTE-HERZOG

IT IS SO ORDERED:

Dated: 3/24/2009

                                     _____
                                     The Hon.
                                     United S

                                     [Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

11399373.1

- 2 -                [CV08-1235 MHP] - STIPULATION AND
                     [PROPOSED] ORDER EXTENDING
                     TIME FOR EXPERT DISCLOSURES