Micah R. Jacobs, SBN 174630
MBV Law, LLP
855 Front Street
San Francisco, California 94111
Telephone: 415.781.4400
Facsimile:  415.433.6563
E-mail: mjacobs@mbvlaw.com

Attorneys for Plaintiffs,
JONATHAN BISSOON-DATH and
JENNIFER BARRETTE-HERZOG



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BISSOON-DATH and JENNIFER BARRETTE-HERZOG,<br><br>Plaintiffs,<br><br>vs.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, INC., DAVID JAFFE, and DOES 1 THROUGH 100, inclusive,<br><br>Defendants. | Case No.: CV08-1235 MHP<br><br>**PLAINTIFFS' NOTICE OF APPEAL TO THE NINTH CIRCUIT COURT OF APPEALS FROM A JUDGMENT OR ORDER OF THE DISTRICT COURT** |

Notice is hereby given that Plaintiffs Jonathan Bissoon-Dath and Jennifer B. Dath (formerly known as Jennifer Barrette-Herzog) hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Granting Defendants' Motion for Summary Judgment (Docket No. 133) and the final Judgment (Docket No. 134) in favor of Defendants, filed March 9, 2010.

DATED: April 8, 2010                                    MBV LAW LLP

_Micah R. Jacobs /MS_
Micah R. Jacobs

– 1 –

PLAINTIFFS' NOTICE OF APPEAL

Ntc of Appeal re Ord Granting Def's MSJ (427949).DOC

Re: **Bissoon-Dath, et al v. Sony Computer Entertainment America, Inc., et al**

### PROOF OF SERVICE

I, LEAH K. SABEL, declare as follows:

I am a citizen of the United States, over the age of eighteen (18) years, employed in the City and County of San Francisco at the law offices of MBV LAW LLP, 855 Front Street, San Francisco, CA 94111, and not a party to the within action.

On April 8, 2010, I served the following document(s):

**PLAINTIFFS' NOTICE OF APPEAL TO THE NINTH CIRCUIT COURT OF APPEALS FROM A JUDGEMENT OR ORDER OF THE DISTRICT COURT**

X **By Mail:** by placing true and correct copies of the document(s) listed above in envelope(s) addressed as set forth below. I sealed said envelope(s), with postage thereon fully prepaid, to be deposited with the United States Postal Service on this day following ordinary business practices. I am readily familiar with office procedure and practice for collection and processing of correspondence for mailing.

**By Fax:** by transmitting via facsimile, and received and retained confirmation of successful transmission, the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

**By Overnight Service:** by placing the document(s) listed above in a sealed envelope for overnight delivery via *Federal Express, Express Mail,* or other overnight service, with fees fully prepaid, and deposited for same-day pick-up by an authorized representative.

| COUNSEL | PARTY(S) |
|---|---|
| Jacqueline Sabec<br>Brooke Oliver<br>Rosaclaire Baisinger<br>Oliver & Sabec P.C.<br>50 Balmy Alley<br>San Francisco, CA 94110<br>(415) 641-1116<br>(415) 695-1116 (fax)<br>jacqueline@oliversabec.com<br>brooke@oliversabec.com<br>rosaclaire@oliversabec.com | Defendants Sony Computer Entertainment America Inc. and David Jaffe |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 8, 2010, at San Francisco, California.

*[signature]*
LEAH K. SABEL

PROOF OF SERVICE – CASE NO. CV08-1235-MHP